DEANNA RADER (Bar No. 9279)
GORDON & REES LLP
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716

Attorneys For: Defendant
Surety Bail Specialists General Agency,
LLC f/k/a Lightning Bail Bonds, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVAN P. BLANTON, | CASE NO. 2:14-cv-01891-JAD-GWF |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| SURETY BAIL SPECIALISTS GENERAL AGENCY, LLC., F/K/A LIGHTNING BAIL BONDS, LLC; and DOES I through X, inclusive, | (First Request) |
| Defendants. | |

Pursuant to Local Rule 6-2, Defendant Surety Bail Specialists General Agency, LLC ("Defendant"), by and through its counsel undersigned, requests that Defendant be given until April 30, 2015 to file its responsive pleading in this matter. Undersigned counsel was retained to defend Defendant on Friday, March 27, 2015. After conferring with Defendant, it became clear that Plaintiff's claims are against another entity and Defendant has been improperly named. Undersigned counsel attempted to confer immediately with Plaintiff's attorney, Kristina Holman, to advise her that Defendant was improperly named and to request that Plaintiff substitute the correct defendant and voluntarily dismiss Defendant. Unfortunately, Ms. Holman was unavailable.

Ms. Holman contacted undersigned counsel today (Tuesday, March 31, 2015) and agreed to consider Defendant's request for voluntary dismissal. Because Defendant's

-1-

responsive pleading is due today, undersigned counsel requested and Ms. Holman agreed that she would stipulate to an extension of the pending deadline so that Ms. Holman could review the information provided by Defendant and consider its request for voluntary dismissal. Ms. Holman reported that she would be unable to prepare a stipulation given her schedule and her travel plans. For this reason, undersigned counsel agreed to prepare a joint stipulation for an extension of the deadline for Ms. Holman's review and approval. After preparing the stipulation, undersigned counsel sent it to Ms. Holman by email for her review and consideration and also called Ms. Holman seeking her approval to file the stipulation. As of the time this motion was filed, Ms. Holman had not responded to undersigned counsel's email or voicemail messages regarding the stipulation. Although Plaintiff has not approved the language of a stipulation, it is our understanding that Plaintiff will not oppose this request for extension of the deadline to file its responsive pleading.

The requested extension is necessary to allow the parties to confer, to ensure that the proper defendant is named, and to prevent Defendant from incurring unnecessary legal fees prior to Plaintiff filing a voluntary dismissal. The extension also will promote judicial efficiency and economy. For these reasons, Defendant respectfully requests that the Court extend the deadline for filing a responsive pleading to April 30, 2015.

RESPECTFULLY SUBMITTED this 31st day of March, 2015.

GORDON & REES LLP

By:   /s/ Deanna R. Rader
Deanna Rader
111 W. Monroe Street
Suite 1600
Floor 16
Phoenix, AZ 85003

Attorneys for Defendant
**Surety Bail Specialists General Agency, LLC**

-2-

IT IS SO ORDERED this __1st__ day of _____April_____, 2015.

_____(signature)_____
UNITED STATES MAGISTRATE JUDGE,

<u>CERTIFICATE OF SERVICE</u>

Pursuant to FRCP 5(b), I certify that I am an employee of Gordon & Rees LLC and that on this 31st day of March, 2015, I caused the above and foregoing document entitled Defendant's Motion for Extension of Time to File a Responsive Pleading to be served by:

_____ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Phoenix, Arizona; and/or

_____ to be served via facsimile; and/or

_X__ through CM/ECF and the court's electronic filing system; and/or

_____ to be hand-delivered;

To the attorneys/parties listed below at the address and/or facsimile number indicated below:

Kristina S. Holman
703 S. Eighth Street
Las Vegas, NV  89101
Attorney for Plaintiff
kholmanlaw@gmail.com

                                                   /s/ Lisa Young
                                       An employee of Gordon & Rees LLP

Gordon & Rees LLP
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003

/23012058v.1