DEANNA R. RADER (Bar No. 9279)
GORDON & REES LLP
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716

Attorneys For: Defendant
Surety Bail Specialists General Agency, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOVAN P. BLANTON, | CASE NO. 2:14-cv-01891-JAD-GWF |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW** |
| LIGHTNING BAIL BONDS, n/k/a AT ONCE BAIL BONDS, LLC and DOES I through X, inclusive, | |
| Defendants. | |

Undersigned counsel makes this motion to withdraw as counsel of record in this matter for Surety Bail Specialists General Agency, LLC ("Surety Bail Specialists"), which was originally named as a defendant. Because Plaintiff filed his Amended Complaint naming a different defendant and eliminating Surety Bail Specialists as a named defendant from this matter, and because undersigned counsel does not represent the current defendant, undersigned counsel respectfully requests that both she and Surety Bail Specialists be removed from all pleadings in this matter and that undersigned counsel be removed as counsel of record and taken off all mailing lists for this matter.

DATED this 4th day of May, 2015.

-1-

**Gordon & Rees LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003

GORDON & REES LLP

By:   <u>s/ Deanna R. Rader</u>
     Deanna R. Rader
     111 W. Monroe Street
     Suite 1600
     Floor 16
     Phoenix, AZ 85003

Attorneys for Defendant
Surety Bail Specialists General Agency,
LLC F/K/A Lightning Bail Bonds, LLC

IT IS SO ORDERED this <u>5th</u> day of <u>  May  </u>, 2015.

<u>/s/ George Foley Jr.</u>
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Gordon & Rees LLC and that on this 4th day of May, 2015, I caused the above and foregoing document entitled Motion to Withdraw to be served by:

\_\_\_\_ by placing same to be deposited for mailing n the United States Mail, in a sealed envelope upon which first class postage was prepaid in Phoenix, Arizona; and/or

\_\_\_\_ to be served via facsimile; and/or

_X_ through CM/ECF and the court's electronic filing system; and/or

\_\_\_\_ to be hand-delivered;

To the attorneys/parties listed below at the address and/or facsimile number indicated below:

Kristina S. Holman
703 S. Eighth Street
Las Vegas, NV  89101
Attorney for Plaintiff
kholman@kristinaholman.com

           <u>/s/ Lisa Young</u>
           An employee of Gordon & Rees LLP

1104842/23394298v.1