# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOVAN P. BLANTON,

          Plaintiff,

vs.

LIGHTNING BAIL BONDS, LLC.,

          Defendant.

Case No. 2:14-cv-01891-JAD-GWF

**ORDER**

    Presently before the Court is Defendant's Notice of Request for Placement in Early Neutral Evaluation Program (ECF No. 23), filed on October 22, 2015. On September 23, 2015, the Court entered an Order (ECF No. 22) scheduling an Early Neutral Evaluation for Monday, November 9, 2015. Counsel for Defendant is advised to refer to the Court's Order (ECF No. 22) for additional details.

    IT IS SO ORDERED.

    Dated: October 23, 2015.

                                              C.W. Hoffman, Jr.
                                             United States Magistrate Judge